JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COLUCCI,<br><br>             Plaintiff,<br><br>       v.<br><br>AVIATOR NATION, INC., a California Corporation; and DOES 1 through 100, Inclusive,<br><br>             Defendants. | Case No. 2:21-cv-06664 FMO (MAAx)<br><br>[Assigned to the Hon. Fernando M. Olguin]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CERTAIN CAUSES OF ACTION AND TO REMAND REMOVED ACTION**<br><br>*(Superior Court Case No. 21STCV11184)*<br><br>Date Action Filed: March 23, 2021<br>Date of Removal: August 17, 2021 |

On September 17, 2021, the Parties to the above-referenced action filed a Stipulation to Dismiss the Third, Seventh and Eighth Causes of Action in the first Amended Complaint and to Remand the Removed Action. The Court having reviewed the Stipulation and good cause appearing therefore, orders as follows:

1. The Third Cause of Action, Seventh Cause of Action, and Eighth Cause of Action herein are dismissed with prejudice.
2. Central District of California Case No: 2:21-cv-06664-FMO-MAA is remanded to the Los Angeles County Superior Court.
3. Each party shall bear its own attorney's fees and costs with respect to the removal and the subsequent remand of the Action pursuant to this stipulation and order

**IT IS SO ORDERED:**

Dated: September 20, 2021

/s/
_____
Hon. Fernando M Olguin
United States District Judge